IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JOHNNIE M. STALEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 5:14-2119-RMG |
| ) | |
| vs. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, it is hereby ORDERED that this civil action filed in this court on June 2, 2014 has been dismissed without prejudice.

DONE at Charleston, South Carolina, this 27th day of February, 2015.

_____
RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

Submitted by counsel for the plaintiff:

By: /s/ Danny Mayes
W. DANIEL MAYES